# Exhibit A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

FEDA ALI,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No. 25-010576-NI

Hon. Charlene M. Elder

---

HASSAN ZAAROUR (P83043)
Attorney for Plaintiff
835 Mason St. Ste C-116
Dearborn MI 48124
(313) 702-2212
law@hassanzaarour.com

COURTNEY L. KRAUSE (P70581)
GARAN LUCOW MILLER, P.C.
Attorney for Defendant Target Corporation
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
(313) 446-5522 / (313) 259-0450 (Fax)
ckrause@garanlucow.com

---

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the above captioned case has been removed to the United States District Court for the Eastern District of Michigan. A copy of the Notice of Removal filed with the United States District Court is attached.

In accordance with 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Respectfully Submitted,

GARAN LUCOW MILLER, P.C.

/s/ Courtney A. Krause
COURTNEY A. KRAUSE (P70581)
Attorney for Defendant
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
313.446.5522
ckrause@garanlucow.com

Dated: August 25, 2025

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause at their respective addresses as disclosed by the pleadings of record herein on August 25, 2025.

By: ■ MiFile&Serve ☐ Facsimile
☐ Hand Delivery ☐ Overnight Courier

*I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.*

/s/ Courtney A. Krause